UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG BAILEY,

                    Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                  Defendants.

23cv8187 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 17, 2024
          New York, New York

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                         Chief United States District Judge